UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-8758-GW-AGRx | | Date | March 3, 2026 |
|---|---|---|---|---|
| Title | *R. H. Lemorande v. Disney Enterprises, Inc., et al.* | | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


　　　　The Court has received the parties' Post-Mediation Joint Report and Notice of Settlement (ECF No. 24). Based thereon, the Court takes the March 5, 2026 status conference off calendar, and sets an order to show cause re settlement ("OSC") for April 23, 2026 at 8:30 a.m. If a stipulation to dismiss is filed by April 21, no party need appear at the April 23 OSC.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:

Initials of Preparer    JG