JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H. LEMORANDE,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY ENTERPRISES, INC.,<br><br>Defendant. | Case No.  CV 25-8758-GW-AGRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 23, 2026

_George H. Wu_

_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE